# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 15 |
| GRANT FOREST PRODUCTS INC., *et al.*,[1] | |
| Debtors in Foreign Proceedings. | Case No. 10-11132<br>Joint Administration Proposed |

## STATEMENT OF FOREIGN<br>REPRESENTATIVE AS REQUIRED UNDER 11 U.S.C. § 1515(c)

I, Alexander Morrison, of Ernst & Young Inc. ("**E&Y**"), in its capacity as the court-appointed monitor and authorized foreign representative of Grant Forest Products Inc., Grant Forest Products Sales Inc., Grant Alberta Inc., Grant U.S. Holdings GP, Southeast Properties LLC, Grant Clarendon LP, Grant Allendale LP, Grant US Sales Inc., Grant Newco LLC, and Grant Excluded GP (collectively, the "**Debtors**") in a proceeding (the "**CCAA Proceeding**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, before the Ontario Superior Court of Justice (Commercial List), respectfully submit this Statement of Foreign Representative as Required Under 11 U.S.C. § 1515(c). In support hereof, I respectfully state as follows:

1. The CCAA Proceeding is the only insolvency proceeding of any kind pending for the Debtors of which I am aware and thus is the only known "foreign proceeding" with respect to the Debtors as that term is defined in section 101(23) of title 11 of the United States Code. The following entities are subject to the CCAA Proceeding and the relevant court file number is CV-09-8247-00CL:

---

[1] These jointly administered cases are those of the following debtors: Grant Forest Products Inc., Grant Forest Products Sales Inc., Grant Alberta Inc., Grant U.S. Holdings GP, Southeast Properties LLC, Grant Clarendon LP, Grant Allendale LP, Grant US Sales Inc., Grant Newco LLC, and Grant Excluded GP.

a. Grant Forest Products Inc.;

b. Grant Forest Products Sales Inc.;

c. Grant Alberta Inc.;

d. Grant U.S. Holdings GP;

e. Southeast Properties LLC;

f. Grant Clarendon LP;

g. Grant Allendale LP;

h. Grant US Sales Inc.;

i. Grant Newco LLC; and

j. Grant Excluded GP.

2. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 31, 2010

_____
Ernst & Young Inc., in its capacity as the court-appointed monitor and foreign representative of the Debtors

2160295v1