IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| GRANT FOREST PRODUCTS, INC., *et al.*,[1] | ) | Case No. 10-11132 (PJW) |
| | ) | |
| Debtors in Foreign Proceedings. | ) | Joint Administration Pending |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned attorneys of the law firms Debevoise & Plimpton LLP and Young Conaway Stargatt & Taylor, LLP hereby appear for Grant Forest Products, Inc. and its affiliated debtors, in the referenced chapter 15 cases commenced by the monitor for the above-captioned debtors (collectively, the "Debtors"). Pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Debevoise & Plimpton LLP and Young Conaway Stargatt & Taylor, LLP request that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon:

| | |
|---|---|
| Richard F. Hahn | Joel A. Waite |
| My Chi To | Young Conaway Stargatt & Taylor, LLP |
| Derek P. Alexander | 1000 West Street, 17th Floor |
| Debevoise & Plimpton LLP | Wilmington, Delaware 19899-0391 |
| 919 Third Avenue | Telephone: (302) 571-6600 |
| New York, New York 10022 | Facsimile: (302) 571-1253 |
| Telephone: (212) 909-6000 | Email: jwaite@ycst.com |
| Facsimile: (212) 909-6836 | |
| Email: rfhahn@debevoise.com | |
| Email: mcto@debevoise.com | |
| Email: dalexand@debevoise.com | |

---

[1] The proposed jointly administered cases are those of the following debtors: Grant Forest Products Inc., Grant Forest Products Sales Inc., Grant Albert Inc., Grant U.S. Holdings GP, Southeast Properties LLC, Grant Clarendon LP, Grant Allendale LP, Grant US Sales Inc., Grant Newco LLC, and Grant Excluded GP.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, complaint, demand, or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the referenced Debtors, property of Debtors, or its affiliated debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any later appearances, pleadings, proof of claim, claim or suit shall not be deemed or construed a waiver of rights of Grant Forest Products, Inc. and its affiliated debtors to (i) have final orders in any non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments

DB02:9461302.1                                                                                                                                          900001.0008

as appropriate, to which Grant Forest Products, Inc. and its affiliated debtors is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 5, 2010

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _____
        Joel A. Waite (No. 2925)
        1000 West Street, 17th Floor
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        -and-

        DEBEVOISE & PLIMPTON LLP
        Richard F. Hahn
        My Chi To
        Derek P. Alexander
        919 Third Avenue
        New York, New York 10022
        Telephone: (212) 909-6000
        Facsimile: (212) 909-6836

        *Attorneys for Grant Forest Products, Inc. and its affiliated debtors*