# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 15 |
| GRANT FOREST PRODUCTS INC., *et al.*,[1] | Case No. 10-11132 (PJW) (Jointly Administered) |
| Debtors in Foreign Proceedings. | Re: Docket No. 52 |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 26, 2010 AT 4:00 PM

## UNCONTESTED MATTERS:

1. Motion to Approve an Order Granting Recognition and Relief in Aid of Foreign Main Proceeding Pursuant to 11 U.S.C. Sections 1515, 1517 and 1520 (Docket No. 6, filed 4/1/2010).

   Response Deadline:   4/20/2010 at 4:00 p.m.

   Responses Received:

   A.   **Informal response of UST David Klauder on 4/21/2010.**

   Related Documents:

   A.   **Memorandum of Law in Support of Monitor's: (I) Motion for Entry of an Order Granting Recognition and Relief in Aid of Foreign Main Proceeding Pursuant to 11 U.S.C. §§ 1515, 1517 and 1520; (II) Motion for Joint Administration; and (III) Motion for Ex Parte Emergency Relief and Provisional Relief Pursuant to 11 U.S.C. §§ 105(A), 1519 and 1521(Docket No. 8, filed 4/1/2010).**

---

[1] The affiliated cases proposed to be jointly administered along herewith are the following debtors: Grant Forest Products Inc.(**10-11132**), Grant Forest Products Sales Inc. (**10-11133**), Grant Alberta Inc.(**10-11134**), Grant U.S. Holdings GP (**10-11135**), Southeast Properties LLC (**10-11136**), Grant Clarendon LP (**10-11137**), Grant Allendale LP (**10-11138**), Grant US Sales Inc. (**10-11139**), Grant Newco LLC (**10-11140**), and Grant Excluded GP (**10-11141**).

[2] **Amended/added agenda items are noted in bold.**

B.   Declaration of Peter Lynch in Support of Monitor's Motion for Entry of an Order Granting Recognition and Relief in Aid of Foreign Main Proceeding Pursuant to 11 U.S.C. §§ 1515, 1517 and 1520; (II) Monitors Motion for Joint Administration; and (III) Motion for Ex Parte Emergency Relief and Provisional Relief Pursuant to 11 U.S.C. §§ 105(A), 1519 and 1521(Docket No. 9, filed 4/1/2010).

C.   Declaration of Alexander Morrison in Support of Monitor's Motion for Entry of an Order Granting Recognition and Relief in Aid of Foreign Main Proceeding Pursuant to 11 U.S.C. §§ 1515, 1517 and 1520; (II) Monitors Motion for Joint Administration; and (III) Motion for Ex Parte Emergency Relief and Provisional Relief Pursuant to 11 U.S.C. §§ 105(A), 1519 and 1521(Docket No. 10, filed 4/1/2010).

D.   Notice of Hearing and Filings Under Chapter 15 of the United States Bankruptcy Code (Recognition and Sale) (Docket No. 38, filed 4/7/2010).

E.   Certification of Counsel with Revised Proposed Form of Order Regarding Motion to Approve an Order Granting Recognition and Relief in Aid of Foreign Main Proceeding Pursuant to 11 U.S.C. Sections 1515, 1517 and 1520 (Docket No. 51, filed 4/22/2010).

F.   Revised Proposed Order regarding Motion to Approve an Order Granting Recognition and Relief in Aid of Foreign Main Proceeding Pursuant to 11 U.S.C. Sections 1515, 1517 and 1520 (Docket No. 51, filed 4/22/2010).

G.   **Certificate of No Objection Regarding the Monitors Motion to Approve an Order Granting Recognition and Relief in Aid of Foreign Main Proceeding Pursuant to 11 U.S.C. Sections 1515, 1517 and 1520 (Docket No. 53, filed 4/22/2010).**

<u>Status:</u> **As a Certification of No Objection has been filed, no hearing is necessary unless requested by the Court. [Informal Response of UST was addressed by Certification of Counsel (Docket No. 51)].**

2.  Motion to Approve an Order (A) Affirming and Enforcing the Order of the Canadian Court Approving the Sale of Certain Assets and Such Other Related Relief, and (B) Separately, (i) Authorizing and Approving the Sale of Assets and (ii) Granting Other Related and Further Relief (Docket No. 11, filed 4/1/2010).

    <u>Response Deadline</u>:  4/20/2010 at 4:00 p.m.

    <u>Responses Received</u>:  None.

    <u>Related Documents</u>:

A. Declaration of Alexander Morrison in Support of Monitor's Motion for an Order (A) Affirming and Enforcing the Order of the Canadian Court Approving the Sale of Certain Assets and Such Other Related Relief and (B) Separately, (i) Authorizing and Approving the Sale of Assets and (ii) Granting other Related and Further Relief (Docket No. 13, filed 4/1/2010).

B. Notice of Hearing and Filings Under Chapter 15 of the United States Bankruptcy Code (Recognition and Sale) (Docket No. 38, filed 4/7/2010).

C. Proposed Order Regarding Motion to Approve an Order (A) Affirming and Enforcing the Order of the Canadian Court Approving the Sale of Certain Assets and Such Other Related Relief, and (B) Separately, (i) Authorizing and Approving the Sale of Assets and (ii) Granting Other Related and Further Relief (Docket No. 11, filed 4/1/2010).

Status: The Monitor requests an evidentiary hearing in order to establish a record to support the relief requested. The parties expect two witnesses will be testifying as no objections have been received and will promptly amend the agenda should there be further witnesses.

Dated: April 23, 2010
Wilmington, Delaware

**ELLIOTT GREENLEAF**

 /s/ *Rafael X. Zahralddin-Aravena* 
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
Andrew G. Mirisis (DE Bar No. 5365)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: agm@elliottgreenleaf.com

and

Jeffrey W. Kelley (Admitted *Pro Hac Vice*)
Garrett A. Nail (Admitted *Pro Hac Vice*)
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

Email: Jeffrey.Kelley@troutmansanders.com
Email: Garrett.Nail@troutmansanders.com

*Attorneys for Ernst & Young Inc., Monitor
and Foreign Representative of the Debtors*