UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 15 |
| | ) |
| GRANT FOREST PRODUCTS, INC., | ) |
| et al., | ) |
| | ) Case No. 10-11132 (PJW) |
| Debtors. | ) |
| | ) |

## ORDER

For the reasons set forth in the Court's memorandum opinion of this date, the United States' motion to reconsider and vacate the order dated May 11, 2010 (Doc. # 71) is **denied**.

Peter J. Walsh
United States Bankruptcy Judge

Dated: November 23, 2010